UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PAUL J. McMANN

v.                                                                          CA 13-570 ML

CENTRAL FALLS DETENTION
FACILITY CORPORATION

## ORDER

This matter is before the Court on Plaintiff's objections to the Report and Recommendation issued by Magistrate Judge Sullivan on September 18, 2013 (Docket #13). The Court has considered the Report and Recommendation and Plaintiff's Objection. Finding no merit in Plaintiff's objections, the Court adopts the Report and Recommendation. Plaintiff's Motion to Proceed In Forma Pauperis is GRANTED.

Plaintiff shall file an Amended Complaint on or before December 14, 2013.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
October 8, 2013